FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2009 NOV -4  PM 2: 15

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 2:09-cr- |
| v. | : | 42 U.S.C. § 408(a)(4) |
| ROSEMARY BALLESTEROS | : | 2:09-cr-99-FtM-29DNF |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning in or about October 2006, and continuing without interruption until in or about January 2008, in Lee County, in the Middle District of Florida, and elsewhere,

ROSEMARY BALLESTEROS,

defendant herein, having knowledge of the occurrence of an event affecting her continued right to Disability Insurance Benefit payments under Subchapter II of Chapter 7 of Title 42, United States Code, did conceal and fail to disclose the fact that she was employed, with the intent fraudulently to secure such payments in a greater amount than was due and when no such payments were authorized.

In violation of Title 42, United States Code, Section 408(a)(4).

A TRUE BILL.

Date: 11/4/09

_____
FOREPERSON

A. BRIAN ALBRITTON
United States Attorney

BY: _____
JEFFREY F. MICHELLAND
Assistant United States Attorney
Trial Counsel

BY: _____
DOUGLAS MOLLOY
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

ROSEMARY BALLESTEROS

## INDICTMENT

Violations:   42:408(a)(4)

A true bill,

_____
Foreperson

Filed in open court this 4th day

of November, A.D. 2009.

_____
Clerk

Bail $ _____

GPO 863 525